**UNPUExPLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-2545**

---

JOHN A. KEY, JR.,

Plaintiff - Appellant,

versus

THE POSTMASTER GENERAL OF THE UNITED STATES,
William J. Henderson,

Defendant - Appellee.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. Frank W. Bullock, Jr., District Judge. (CA-98-704-1)

---

Submitted: July 27, 2000      Decided: August 1, 2000

---

Before MURNAGHAN, WILKINS, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Knox Kent Lively, III, Greensboro, North Carolina, for Appellant. Walter C. Holton, United States Attorney, Lynn P. Klauer, Assistant United States Attorney, Greensboro, North Carolina; R. Andrew German, Lori J. Dym, UNITED STATES POSTAL SERVICE, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John A. Key, Jr. appeals from the district court's order dismissing his breach of contract action against the United States Postal Service. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Key v. Henderson, No. CA-98-704-1 (M.D.N.C. Oct. 13, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on October 12, 1999, the district court's records show that it was entered on the docket sheet on October 13, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was physically entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).